NATHAN TANNENBAUM, Respondent, v. CITY OF NEW YORK, NEW YORK CITY RAPID TRANSIT SYSTEM, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ. [See post, p. 1062.

· IRENE TOBIAS et al., as Executrices of CARRIE TOBIAS, Deceased, Respondents, v. EMANUEL CELLER et al., Formerly Doing Business as Copartners under the Name of CELLER & KRAUSHAAR, Appellants.— Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 832.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

STEPHEN B. VREELAND, Appellant-Respondent, v. H. RAYMOND AGUAIS et al., Respondents-Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 777.] Present — Close, P. J., Carswell, Johnston and Lewis, JJ.; Aldrich, J., not voting.

MARTIN WEBEL, Respondent, v. ANNA GLADSTONE, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

## (October 9, 1944.)

HARBELL REALTY CORPORATION, Respondent, v. LOUIS SCHNELL, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

In the Matter of FRANK CLARK, Petitioner, against JAMES A. BURKE, as President of the Borough of Queens, et al., Respondents.— Motion for leave to appeal from an intermediate order made pursuant to article 78 of the Civil Practice Act denied, without costs. Section 1304 of the Civil Practice Act requires that leave to appeal from such an order be obtained from the court which made the intermediate order and not from the Appellate Division. Motions to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

ADOLPH KAUFMAN et al., as Trustees under a Declaration of Trust Dated March 10, 1936, Appellant-Respondent, v. JOHN R. BARTELS, Respondent-Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

PIEL BROTHERS, Appellant-Respondent, v. SADIE GRODZITSKY, Doing Business as JAMAICA SELTZER WORKS, Respondent-Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

ROBERT AMSTERDAM, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Action to recover disability payments under a health and accident policy issued by defendant. Judgment in favor of defendant unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.